IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 11-09842 MCF

HUMBERTO ANTONIO ROLON BARRIOS

Chapter 7

XXX-XX-9003

FILED & ENTERED ON 05/14/2013

Debtor(s)

**ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE**

The Trustee having filed a Report of No Distribution, the Clerk having given notice of the Trustee's report, and no objections having been filed by any party in interest, including the U. S. Trustee, it is now,

**ORDERED** that the Trustee be and is hereby discharged, that the bond of the trustee be cancelled and the surety thereon released from further liability thereunder and that the estate be and is hereby closed pursuant to the provisions of Rule 5009 of the Federal Rules of Bankruptcy Procedure.

In San Juan, Puerto Rico, this 14 day of May, 2013.

*Mildred Cabán*

Mildred Caban Flores
U.S. Bankruptcy Judge

CC:  NOEMI  LANDRAU
     US TRUSTEE